

COUNSELORS AT LAW

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Robyn L. Enes
Joanna C. Kahan

Of counsel
Diane Ferrone

December 10, 2021

<u>**Via ECF**</u>

Hon. Loretta A. Preska
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: <u>United States v. Dayquan Salaman</u>, 17-CR-283 (LAP)**

Dear Judge Preska:

    I am counsel to Dayquan Salaman. I write, with no objection from the Government or Probation, to request a 30-day adjournment of the December 14, 2021 violation of supervised release hearing.

    Mr. Salaman's state case that is the subject of the violation is also scheduled for December 14, 2021. The adjournment will allow the parties to see if there is a disposition in that case.

    I note for the Court that I am unavailable January 6, 19, 27 in the afternoon, 28 and 31, as well as February 1 – 8 , 2022.

    I thank the Court for its attention to this matter.

```
The hearing is adjourned to January 13,
2022 at 9:00 a.m.
```

Respectfully submitted,

```
SO ORDERED.
```
                                                      /s/

```
 Dated:    December 10, 2021
           New York, New York
```
                                           Dawn M. Cardi

CC: All Parties (via ECF)

_/s/ Loretta A. Preska_
```
LORETTA A. PRESKA
Senior United States District Judge
```

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com