

CARDI & EDGAR
LLP

COUNSELORS AT LAW

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Robyn L. Enes
Joanna C. Kahan

Of counsel
Diane Ferrone

January 5, 2022

**Via ECF**

Hon. Loretta A. Preska
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Dayquan Salaman**, 17-CR-283 (LAP)

Dear Judge Preska:

I am counsel to Dayquan Salaman. I write, with no objection from the Government, to request an adjournment of the January 13, 2022 violation of supervised release hearing.

Mr. Salaman's state case that is the subject of the violation has been adjourned to January 26, 2022. An adjournment of the instant matter will allow the parties to see if there is a disposition in the state case.

Your Honor's courtroom deputy has indicated that the Court is available on February 14, 2022 at 10:30 am. That date and time works for the government and the defendant.

I thank the Court for its attention to this matter.

SO ORDERED

/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

1/5/22

Respectfully submitted,

/s/

Dawn M. Cardi

CC: All Parties (via ECF)

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com