

**COUNSELORS AT LAW**

**CARDI & EDGAR LLP**

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Robyn L. Enes
Joanna C. Kahan

Of counsel
Diane Ferrone

February 7, 2022

<u>**Via ECF**</u>

Hon. Loretta A. Preska
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>**United States v. Dayquan Salaman**</u>, 17-CR-283 (LAP)

Dear Judge Preska:

     I am counsel to Dayquan Salaman. I write, with no objection from the Government or the Probation Department, to request an adjournment of the February 14, 2022 violation of supervised release hearing.

     Mr. Salaman's state case that is the subject of the violation has been adjourned to March 3, 2022. An adjournment of the instant matter will allow the parties to see if there is a disposition in the state case.

     I note for the Court that I am available on March 8 in the morning, any time on March 11, March 14 in the morning, or any time on March 16.

     I thank the Court for its attention to this matter.

```
The violation of supervised release hearing
is adjourned to March 22, 2022 at 10:00 a.m.
SO ORDERED.

Dated:     February 7, 2022
           New York, New York
```

Respectfully submitted,

/s/

Dawn M. Cardi

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

CC: All Parties (via ECF)

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com