UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

DAYQUAN SALAMAN,

                Defendant.

No. 17-CR-283 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Violation of Supervised Release conference scheduled for 10:00 a.m. EST on March 22, 2022, will occur in person in Courtroom 12A.

**SO ORDERED.**

Dated:    March 15, 2022
             New York, New York

*/s/ Loretta A. Preska*

LORETTA A. PRESKA
Senior United States District Judge

1